No. 824. METROPOLITAN-COLUMBIA STOCKHOLDERS, INC., ET AL. *v.* CITY OF NEW YORK. June 21, 1943. Second petition for rehearing denied. MR. JUSTICE ROBERTS and MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. 319 U. S. 740.